UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (HARTFORD)

| | |
|---|---|
| DANIEL-JOSEPH THOMAS,<br>      Plaintiff, | CASE NO. |
| vs. | |
| TRANSUNION,<br>      Defendant. | MARCH 21, 2024 |

### TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the State of Connecticut, Hartford County Judicial Court, to the United States District Court, District of Connecticut (Hartford), on the following grounds:

1.    Plaintiff Daniel-Joseph Thomas served Trans Union on or about February 23, 2024, with a Summons and Complaint filed in the State of Connecticut, Hartford County Judicial Court. Copies of the Summons and Complaint are attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A** and **Exhibit B**,[1] respectively.

2.    Plaintiff makes claims under, alleges that Defendants violated and alleges that Defendants are liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA"). See generally Complaint.

---

- [1] Trans Union states that it has received additional documents from Plaintiff accompanying his complaint, not filed with the court. Trans Union has not included those documents but will upon request by the Court.

3.     This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA, which thus supplies this federal question.

4.     Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the State of Connecticut, Hartford County Judicial Court, to the United States District Court for the District of Connecticut (Hartford).

5.     Notice of this removal will promptly be filed with the State of Connecticut, Hartford County Judicial Court, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the State of Connecticut, Hartford County Judicial Court to this United States District Court for the District of Connecticut (Hartford).

Respectfully submitted,

/s/
Timothy J. Lee, Esq.  (CT 15118)
Fasano, Ippolito & Lee, LLC
388 Orange Street
New Haven, CT  06511
Telephone: (203) 787-6555
Fax: (203) 776-2119
E-Mail: tlee@fillaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the ____21st___ day of **March, 2024**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the ___21st____ **day of March, 2024**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Daniel-Joseph Thomas<br>24 Unionville Ave.<br>Plainville, CT 06062 | |
|---|---|

/s/_____
Timothy J. Lee, Esq. (CT 15118)
Fasano, Ippolito & Lee, LLC
388 Orange Street
New Haven, CT  06511
Telephone:  (203) 787-6555
Fax:  (203) 776-2119
E-Mail:  tlee@fillaw.com

*Counsel for Defendant Trans Union, LLC*