# EXHIBIT B
# COMPLAINT

RETURN DATE: MARCH ~~12~~ 26, 2024 | SUPERIOR COURT
| JUDICIAL DISTRICT
Daniel-Joseph: Thomas | OF NEW BRITAIN
| AT NEW BRITAIN
VS. |
|
TransUnion |
|

## COMPLAINT

I invested copious hours researching then communicating with TransUnion via phone, U.S. Mail, TransUnion website and TransUnion mobile app. regarding the disputed account. I provided evidence to the Defendant showing the creditor for the violative account failed to validate the debt and remained non-compliant with all aspects of state and federal laws including FCRA, CDIA and METRO 2 guidelines for 180 days.

Defendant engaged in banned abusive practices, and ignored my legal notices beyond 180 days. Defendant continued to report the same erroneous information on my consumer file, and the violations had a negative impact on my personal reputation and loss of business opportunities. (See Exhibit : Credit Report; Memorandum of Law including Notice to Cease and Desist; And Exhibit's: Legal Notices and U.S. Mail Receipts)

2. TransUnion experienced data breaches, which means everything on my consumer credit report was breached. I had to invest time to research the breach, submitted the opt-out request to be removed from the TransUnion database, and I submitted a request to opt-out from the arbitration clause. Next, I devoted time communicating with

the CFPB and submitted complaints about Equifax. (See: Exhibit )

3. Defendant committed breach of trust and failed to provided Plaintiff with basic customer service upon acquiring the account, most likely due to their history of excessive abuse of process and ignoring consumer complaints in violation of consumer laws; hence 1-star reviews submitted by over 10K customers. (See Exhibit : $23 TransUnion Data Breach and Reviews)

4. Plaintiff respectfully request the Court take judicial notice of the above prima facie evidences and due process of law, the Court enter Summary Judgement for financial harm to my personal reputation, loss of business opportunities and emotional distress as a direct result of Defendant's violative acts against me. (See Exhibit : Financial Documents)

My prayer for relief is to receive $1000 per day of the violation x 369 days for a total of $369,000, and the removal of the violative status on my consumer report; And $1,000,000 in Punitive or Exemplary Damages for emotional distress; And any other sanctions as it pleases the Court for a business that engages in intentional neglect and disregard of my consumer rights pursuant to 15 USC 1681i.

Daniel Joseph Thomas
24 Unionville Ave Plainville CT 06062-0489

HNB-CV24-5035547-S

STATE OF CONNECTICUT )
                                ) ss. Hartford                February 23, 2024
COUNTY OF HARTFORD )

Then and there by virtue hereof, on February 23, 2024, in the town of Hartford, County of Hartford, I left with and in the hands of Shelley Kurpaska, Administrative Assistant, Corporation Service Company, agent for service for TransUnion, the within named defendant, Goodwin Square, 225 Asylum Street, 20th Floor, Hartford, CT, a true and attested verified copy of the original Writ, Summons, Complaint, Certificate of Service and Exhibits with my endorsement thereon.

The within and foregoing is the original Writ, Summons, Complaint, Certificate of Service and Exhibits with my doings hereon endorsed.

ATTEST

Alan F. Zaniewski
State Marshal
Hartford County

Fees:

| | | |
|---|---|---|
| Pages | $ | 81.00 |
| Ends. | | 2.00 |
| Service | | 50.00 |
| Travel | | 12.00 |
| Total | $ | 145.00 |

Judicial District of New Britain
SUPERIOR COURT
FILED

FEB 23 2024

CYNTHIA A. SKORZEWSKI
CHIEF CLERK