UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DANIEL-JOSEPH THOMAS,
    Plaintiff,
v.                                               CASE NO. 3:24-CV-00402-(KAD)

TRANSUNION,
    Defendant,
v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX,
    Consolidated Defendants.

## JUDGMENT

This matter came on for consideration of motions for judgment on the pleadings before the Honorable Kari A. Dooley, United States District Judge. The Court has considered the full record of the case including applicable principles of law. On February 6, 2025, the Court issued a ruling granting the motions and dismissing the complaint with prejudice. It is therefore;

ORDERED, ADJUDGED and DECREED that Judgment of dismissal with prejudice is entered and the case is closed.

Dated at Bridgeport, Connecticut this 14th day of March 2025.

                                                DINAH MILTON KINNEY, Clerk
                                                By /s/ Kristen Gould
                                                Kristen Gould
                                                Deputy Clerk

EOD: 3/14/2025